# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
4/18/2022 10:49:13 AM
Filing ID 14192370

Evan S. Goldstein #011866
GOLDSTEIN WOODS & ALAGHA
706 East Bell Road, Suite 200
Phoenix, Arizona  85022
Telephone:      (602) 569-8200
Facsimile:      (602) 569-8201
egoldstein@gwalawfirm.com

**TUCKER & MILLER, L.L.L.P.**
1440 E. Missouri Avenue, Suite C150
Phoenix, AZ  85014
Tel: (602) 870-5511
Fax: (602) 870-5255
E-Mail: Dmiller@tucker-miller.com
DANIEL P.J. MILLER – I.D. #009769
KEVIN J. TUCKER - I.D. #013437

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **ERIC CLIFFORD**, a single man. | NO. CV2022-002269 |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| v. | |
| **The National Association for Stock Car Auto Racing, LLC. d/b/a "NASCAR", a Florida Corporation; Phoenix Speedway, LLC d/b/a Phoenix Raceway and "PIR" and formerly ISM Raceway, an Arizona corporation;** | **(TIER 3)** |
| **NASCAR ENTERPRISES, LLC, an Arizona corporation;** | |
| JOHN AND JANE DOES I-IV; ABC CORPORATIONS and XYZ Partnerships, | |
| Defendants. | |

For his First Amended Complaint against Defendants, Plaintiff alleges as follows:

**COUNT ONE**
**NEGLIGENCE**

1.  Plaintiff is a resident of Yuma County Arizona and the events complained of herein occurred in Maricopa County.

2. Defendant, The National Association for Stock Car Auto Racing, LLC   d/b/a 'NASCAR"   is a Florida corporation doing business in Arizona by, among other activities owning and/or operating a motor vehicle raceway facility in west Phoenix known as Phoenix International Raceway ("PIR"), Phoenix Raceway, and/or ISM Raceway.

3. Defendant Phoenix Speedway, LLC is an Arizona corporation doing business in Maricopa County as Phoenix Raceway, "PIR", and/or ISM Raceway and owns, operates and/or manages the aforesaid raceways in West Phoenix.

4. Defendant, NASCAR ENTERPRISES, LLC, is an Arizona corporation, which, upon information and belief, was conducting business in Arizona as an agent, owner, operator or manager of activities at the motor vehicle raceway facility in Phoenix known as Phoenix Raceway, "PIR", and/or ISM Raceway

5. The fictitiously named defendants are entities who caused or contributed to plaintiff's injuries; their true names will be added by amendment when ascertained.

6. The corporate defendants were at all material times acting by and through their employees and/or agents.

7. On or about March 6, 2020, plaintiff Eric Clifford, a 56 year old Nascar fan was attending an event at defendant PIR in Phoenix which involved interviews in a dedicated outdoor bar area at the raceway which served food and beverages.

8. Defendants set up the entertainment area with round tables and large umbrellas over the tables.

9. Eric Clifford was a paying customer seated at one of the tables in the event area on March 6, 2020.

10. A windstorm had developed and the wind was literally whipping through the area-the wind was loud and so strong as to obviously be a hazard for windblown, unsecured objects.

11. Defendants Nascar, PIR and ISM knew or should have known that during the strong

Page 2

wind storm the large umbrellas over the tables needed to be removed or securely fastened to avoid becoming windborne.

12. Defendants Nascar, PIR and Ism inexplicably and negligently failed to remove and/or properly secure the large umbrellas at the event.

13. As Mr. Clifford sat on his chair enjoying the Nascar interview one of the unsecured umbrellas was lifted out of its table, became airborne and struck Mr. Clifford in the back of the head as he sat on a high bar stool.

14. The force of the large airborne umbrella to the back of Eric's head was violent and knocked him forward off of his chair and onto the ground.

15. The airborne umbrella blow to the back of Mr. Clifford's head was witnessed by many of defendant's employees and/or agents and largely captured in video-there is no dispute about the airborne umbrella's striking Mr. Clifford or knocking him off his chair onto the ground.

16. Mr. Clifford was treated by paramedics at defendant raceway, loaded into an ambulance and transported to Abrazo West Hospital.

17. As a result of the violent umbrella blow and fall to the ground, Eric Clifford suffered multiple, serious and permanent injuries including injuries to his cervical spine, shoulder, wrist, knee, hip and head.

18. Emergency room physicians documented and treated Eric's injuries and shortly after the emergency room discharge Eric had a cervical spine MRI film taken which documented:

**Indication; Neck pain following umbrella hitting patient at a Nascar race.**

There is a hypotense signal seen within the C5-6 disc herniation consistent with a more recent/acute herniation of the disc superimposed on chronic degerative.

(MRI report of March 13, 2020)

In an addendum to the MRI report, the board-certified radiologist confirmed that:
**Upon further reviews, there is hypertense signal within the C5-6, disc herniation.  Based on the patient's history as well**

Page 3

as the findings on this MRI and the appearance of this MRI,
it is medically probable that the C5-6 disc herniation is
related to the patient's trauma dated March 6, 2020.

19. Eric was referred to orthopedic spine surgeon David M. Prior, M.D. of Honor Health
Orthopedics. Dr. Prior's records also confirm that Eric's disc herniation and cervical
pain problems were caused by the umbrella strike/fall accident. Dr. Prior even
provides, within his operative report the following Indications for Surgery.

**INDICATIONS:**
**The patient sustained an injury when an umbrella struck him in the head and neck.
After the injury he developed severe neck and arm pain. Advanced imaging
demonstrated a disc herniation at C5-6 with severe bilateral foraminal stenosis and
moderate canal stenosis.**
(6/22/2020 Operative Report, Dr. David M. Prior, M.D.)

20. The surgery, an Anterior Discectomy and Fusion at C5-6 was performed at Honor
Health Scottsdale Osborn Hospital on June 22, 2020. The C5-6 discs were removed,
fused and replaced with an internal cage with screws and plates.

21. An MRI of the right shoulder on March 13, 2020 found tears in the supraspinatus
tendon as well as fluid in the joint.

22. Eric also suffered a TFCC tear and his orthopedic surgeon Dr. Marc Dinowitz, M.D.
attributed the need for surgery to the fall; That surgery was performed on February 22,
2021 by Dr. Dinowitz at the Arizona Spine and Joint Hospital in Mesa, AZ.

23. Treatment for Eric's shoulder and arm problems had to be deferred as the cervical disc
herniation was naturally deemed to be paramount.

24. As a result of defendant's negligence and the resulting injuries described herein, Mr.
Clifford has incurred over $290,000 in medical bills to date; future medical expenses
are presently unknown but will be added by amendment when ascertained.

25. It is estimated the future shoulder surgery will be $35,000-$50,000 and a life care plan
for all of Mr. Clifford's future accident-related treatments will be $60,000-$80,000,

1    bringing total medical specials to $385,000-$405,000.

2    26. As a result of the injuries sustained in this easily preventable accident, Mr. Clifford has

3        suffered multiple, disabling orthopedic and spinal injuries, undergone surgery on his

4        cervical spine, wrist and a future shoulder surgery is anticipated.

5    27. As a result of these injuries Mr. Clifford has endured considerable pain, suffering,

6        disability and loss of enjoyment of life and life's activities.

7    28. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c)(3), the Court should assign

8        this case to Tier 3 (Actions claiming $300,000 or more).

9    **WHEREFORE** Plaintiff prays for judgment against Defendants and each of them as follows:

10        A.) For general damages in a just and reasonable amount;

11        B.) For current medical expenses of $290,000,

12        C.) For future medical expenses in an amount to be added by amendment or disclosure

13            when ascertained but which are currently estimated at $75,000-$100,000.

14        D.) For costs of suit and such other and further relief as the Court deems just.

16        DATED this 18th day of April, 2022.

18                                  **TUCKER & MILLER, L.L.L.P.**

19                          By:    /s/ Daniel P.J. Miller

20                                  DANIEL P.J. MILLER
                                    *Attorneys for Plaintiff*

21                          **GOLDSTEIN WOODS & ALAGHA**

22                          By:    /s/ Evan S. Goldstein

23                                    EVAN S. GOLDSTEIN
                                      *Attorneys for Plaintiff*

25    ORIGINAL of the foregoing e-filed
    This 18th day of April, 2022,

26    With the Clerk of the Superior Court.

27    By:    /s/ Alexandra Nieminen
             ESG/PLF/Clifford

28

ORIGINAL

1  Evan S. Goldstein #011866
2  GOLDSTEIN WOODS & ALAGHA
   706 East Bell Road, Suite 200
3  Phoenix, Arizona 85022
   Telephone:   (602) 569-8200
4  Facsimile:   (602) 569-8201
5  egoldstein@gwalawfirm.com

6  **TUCKER & MILLER, L.L.L.P.**
   1440 E. Missouri Avenue, Suite C150
7  Phoenix, AZ 85014
   Tel: (602) 870-5511
8  Fax: (602) 870-5255
   E-Mail: Dmiller@tucker-miller.com
9  DANIEL P.J. MILLER – I.D. #009769
   KEVIN J. TUCKER - I.D. #013437
10

11 Attorneys for Plaintiff

12        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13           IN AND FOR THE COUNTY OF MARICOPA

14

15 **ERIC CLIFFORD**, a single man.          )
                                            )  NO. CV2022-002269
16        Plaintiff,                         )
                                            )  **SUMMONS**
17 v.                                        )
                                            )
18                                           )
   **The National Association for Stock Car** )  **(TIER 3)**
19 **Auto Racing, LLC. d/b/a "NASCAR", a**   )
   **Florida Corporation; Phoenix**          )
20 **Speedway, LLC d/b/a Phoenix Raceway**   )     If you would like legal advice from a lawyer,
   **and "PIR" and formerly ISM Raceway,**   )     Contact the Lawyer Referral Service at
21 **an Arizona corporation;**               )                   602-257-4434
   **NASCAR ENTERPRISES, LLC, an**           )                       or
22 **Arizona corporation;**                  )             www.maricopalawyers.org
   JOHN AND JANE DOES I-IV; ABC              )                  Sponsored by the
23                                           )          Maricopa County Bar Association
   CORPORATIONS and XYZ Partnerships,        )
24                                           )
25        Defendants.                        )

26
   THE STATE OF ARIZONA TO:      The National Association for Stock Car Auto
27                                Racing, LLC, d/b/a "NASCAR," a
28                                Florida corporation

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court.  If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service.  If served out of the State of Arizona — whether by direct service, by registered or certified mail, or by publication — you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after receipt.  Service by publication is complete 30 days after the date of first publication.  Direct service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return.  Ariz.R.Civ.P. 4; A.R.S. Ann. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney.  Ariz.R.Civ.P. 10(d); A.R.S. Ann. § 12-311; RCP 5.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.  Local Rule 2.5.

Requests for an interpreter for persons with limited English proficiency must be made to the office of the Judge or Commissioner assigned to the case by the parties at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of plaintiff's attorney are noted above.

SIGNED AND SEALED this date: _____

APR **1 8** 2022

JEFF FINE, Clerk

**JEFF FINE, CLERK**
By _____
Deputy Clerk

L. McCarty

Page 2

# ORIGINAL

1  | Evan S. Goldstein #011866
2  | GOLDSTEIN WOODS & ALAGHA
   | 706 East Bell Road, Suite 200
3  | Phoenix, Arizona  85022
   | Telephone:   (602) 569-8200
4  | Facsimile:   (602) 569-8201
5  | egoldstein@gwalawfirm.com

6  | **TUCKER & MILLER, L.L.L.P.**
   | 1440 E. Missouri Avenue, Suite C150
7  | Phoenix, AZ  85014
   | Tel: (602) 870-5511
8  | Fax: (602) 870-5255
   | E-Mail: Dmiller@tucker-miller.com
9  | DANIEL P.J. MILLER – I.D. #009769
   | KEVIN J. TUCKER - I.D. #013437
10 |
11 | Attorneys for Plaintiff

12 | IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
13 | IN AND FOR THE COUNTY OF MARICOPA
14 |

15 | **ERIC CLIFFORD**, a single man.
16 | Plaintiff,
17 | v.
18 |
19 | The National Association for Stock Car
   | Auto Racing, LLC. d/b/a "NASCAR", a
20 | Florida Corporation; Phoenix
   | Speedway, LLC d/b/a Phoenix Raceway
21 | and "PIR" and formerly ISM Raceway,
   | an Arizona corporation;
22 | NASCAR ENTERPRISES, LLC, an
23 | Arizona corporation;
   | JOHN AND JANE DOES I-IV; ABC
24 | CORPORATIONS and XYZ Partnerships,
25 |
26 | Defendants.

NO. CV2022-002269

**SUMMONS**

**(TIER 3)**

If you would like legal advice from a lawyer.
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

27 | THE STATE OF ARIZONA TO:   Phoenix Speedway, LLC, d/b/a Phoenix Raceway
28 |                            and "PIR" and formerly ISM Raceway, an
   |                            Arizona corporation

1       YOU ARE HEREBY SUMMONED and required to appear and defend, within the time
applicable, in this action in this Court.  If served within Arizona, you shall appear and defend
2  within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
of service.  If served out of the State of Arizona – whether by direct service, by registered or
3  certified mail, or by publication – you shall appear and defend within 30 days after the service
of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where
4  process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
service of legal process against it in this state, the insurer shall not be required to appear,
5  answer or plead until expiration of 40 days after date of such service upon the Director.
6  Service by registered or certified mail without the State of Arizona is complete 30 days after
receipt.  Service by publication is complete 30 days after the date of first publication.  Direct
7  service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is
8  complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's
Return.  Ariz.R.Civ.P. 4; A.R.S. Ann. §§ 20-222, 28-502, 28-503.
9

10       YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
within the time applicable, judgment by default may be rendered against you for the relief
11  demanded in the Complaint.

12
     YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
13  or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
fee, within the time required, and you are required to serve a copy of any Answer or response
14  upon the Plaintiff's attorney.  Ariz.R.Civ.P. 10(d); A.R.S. Ann. § 12-311; RCP 5.

15
     Requests for reasonable accommodation for persons with disabilities must be made to
16  the division assigned to the case by parties at least 3 judicial days in advance of a scheduled
court proceeding.  Local Rule 2.5.
17

18       Requests for an interpreter for persons with limited English proficiency must be made
to the office of the Judge or Commissioner assigned to the case by the parties at least ten (10)
19  judicial days in advance of a scheduled court proceeding.

20       The name and address of plaintiff's attorney are noted above.

21

22  SIGNED AND SEALED this date: _____ APR 1 8 2022

23

24       JEFF FINE, Clerk

25  JEFF FINE, CLERK

26       By _____

     Deputy Clerk

27

28       L. McCarty



# ORIGINAL

1  Evan S. Goldstein #011866
2  GOLDSTEIN WOODS & ALAGHA
   706 East Bell Road, Suite 200
3  Phoenix, Arizona 85022
   Telephone:   (602) 569-8200
4  Facsimile:    (602) 569-8201
5  egoldstein@gwalawfirm.com

6  **TUCKER & MILLER, L.L.L.P.**
   1440 E. Missouri Avenue, Suite C150
7  Phoenix, AZ 85014
   Tel: (602) 870-5511
8  Fax: (602) 870-5255
   E-Mail: Dmiller@tucker-miller.com
9  DANIEL P.J. MILLER – I.D. #009769
   KEVIN J. TUCKER - I.D. #013437
10
11 Attorneys for Plaintiff

12           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

13               IN AND FOR THE COUNTY OF MARICOPA

14
   **ERIC CLIFFORD**, a single man.           )
15                                             )   NO. CV2022-002269
16        Plaintiff,                           )
                                               )   **SUMMONS**
17 v.                                          )
                                               )
18 **The National Association for Stock Car**  )   **(TIER 3)**
19 **Auto Racing, LLC. d/b/a "NASCAR", a**     )
   **Florida Corporation; Phoenix**           )
20 **Speedway, LLC d/b/a Phoenix Raceway**    )   If you would like legal advice from a lawyer,
   **and "PIR" and formerly ISM Raceway,**    )   Contact the Lawyer Referral Service at
21 **an Arizona corporation;**                )   602-257-4434
22 **NASCAR ENTERPRISES, LLC, an**            )   or
   **Arizona corporation;**                   )   www.maricopalawyers.org
23 JOHN AND JANE DOES I-IV; ABC               )   Sponsored by the
24 CORPORATIONS and XYZ Partnerships,         )   Maricopa County Bar Association
                                               )
25                                             )
        Defendants.
26
27 THE STATE OF ARIZONA TO:   NASCAR Enterprises, LLC, an Arizona
                              corporation
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court.  If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service.  If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after receipt.  Service by publication is complete 30 days after the date of first publication.  Direct service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return.  Ariz.R.Civ.P. 4; A.R.S. Ann. §§ 20-222, 28-502, 28-503.

   YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

   YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney.  Ariz.R.Civ.P. 10(d); A.R.S. Ann. § 12-311; RCP 5.

   Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.  Local Rule 2.5.

   Requests for an interpreter for persons with limited English proficiency must be made to the office of the Judge or Commissioner assigned to the case by the parties at least ten (10) judicial days in advance of a scheduled court proceeding.

   The name and address of plaintiff's attorney are noted above.

SIGNED AND SEALED this date: _____ APR 1 8 2022

          JEFF FINE, Clerk

JEFF FINE, CLERK

         By_____
          Deputy Clerk

            L. McCarty

Page 2

# EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/23/2022 2:10:07 PM
Filing ID 13971847

Evan S. Goldstein #011866
GOLDSTEIN WOODS & ALAGHA
706 East Bell Road, Suite 200
Phoenix, Arizona  85022
Telephone:    (602) 569-8200
Facsimile:    (602) 569-8201
egoldstein@gwalawfirm.com

**TUCKER & MILLER, L.L.L.P.**
1440 E. Missouri Avenue, Suite C150
Phoenix, AZ  85014
Tel: (602) 870-5511
Fax: (602) 870-5255
E-Mail: Dmiller@tucker-miller.com
DANIEL P.J. MILLER – I.D. #009769
KEVIN J. TUCKER - I.D. #013437

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **ERIC CLIFFORD**, a single man. | ) |
| | ) NO. CV___CV2022-002269 |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| v. | ) |
| | ) |
| **The National Association of Stock Car Auto Racing, LLC. ("NASCAR") a Florida Corporation; Phoenix International Raceway ("PIR"); ISM Raceway; Phoenix International Raceway;** | ) **(TIER 3)** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| JOHN AND JANE DOES I-IV; ABC CORPORATIONS and XYZ Partnerships, | ) |
| | ) |
| Defendants. | ) |

For his complaint against Defendants, Plaintiff alleges as follows:

**COUNT ONE**
**NEGLIGENCE**

1. Plaintiff is a resident of Yuma County Arizona and the events complained of herein occurred in Maricopa County.

2. Defendant Nascar, Inc. is a Florida corporation doing business in Arizona by, among other activities owning and/or operating a motor vehicle raceway facility in west Phoenix known as Phoenix International Raceway and/or ISM Raceway, Inc.

3. Defendants Phoenix International Raceway (hereinafter "PIR" and ISM, Inc. are corporations or legal entities doing business in Maricopa County by, among other things owning, operating and/or managing a motor vehicle raceway in West Phoenix.

4. The fictitiously named defendants are entities who caused or contributed to plaintiff's injuries; their true names will be added by amendment when ascertained.

5. The corporate defendants were at all material times acting by and through their employees and/or agents.

6. On or about March 6, 2020, plaintiff Eric Clifford, a 56 year old Nascar fan was attending an event at defendant PIR in Phoenix which involved interviews in a dedicated outdoor bar area at the raceway which served food and beverages.

7. Defendants set up the entertainment area with round tables and large umbrellas over the tables.

8. Eric Clifford was a paying customer seated at one of the tables in the event area on March 6, 2020.

9. A windstorm had developed and the wind was literally whipping through the area-the wind was loud and so strong as to obviously be a hazard for windblown, unsecured objects.

10. Defendants Nascar, PIR and ISM knew or should have known that during the strong wind storm the large umbrellas over the tables needed to be removed or securely fastened to avoid becoming windborne.

11. Defendants Nascar, PIR and Ism inexplicably and negligently failed to remove and/or properly secure the large umbrellas at the event.

12. As Mr. Clifford sat on his chair enjoying the Nascar interview one of the unsecured umbrellas was lifted out of its table, became airborne and struck Mr. Clifford in the back of the head as he sat on a high bar stool.

13. The force of the large airborne umbrella to the back of Eric's head was violent and knocked him forward off of his chair and onto the ground.

14. The airborne umbrella blow to the back of Mr. Clifford's head was witnessed by many of defendant's employees and/or agents and largely captured in video-there is no dispute about the airborne umbrella's striking Mr. Clifford or knocking him off his chair onto the ground.

15. Mr. Clifford was treated by paramedics at defendant raceway, loaded into an ambulance and transported to Abrazo West Hospital.

16. As a result of the violent umbrella blow and fall to the ground, Eric Clifford suffered multiple, serious and permanent injuries including injuries to his cervical spine, shoulder, wrist, knee, hip and head.

17. Emergency room physicians documented and treated Eric's injuries and shortly after the emergency room discharge Eric had a cervical spine MRI film taken which documented:

**Indication; Neck pain following umbrella hitting patient at a Nascar race.**

There is a hypotense signal seen within the C5-6 disc herniation consistent with a more recent/acute herniation of the disc superimposed on chronic degerative.

(MRI report of March 13, 2020)

In an addendum to the MRI report, the board certified radiologist confirmed that: **Upon further reviews, there is hypertense signal within the C5-6, disc herniation. Based on the patient's history as well as the findings on this MRI and the appearance of this MRI, it is medically probable that the C5-6 disc herniation is related to the patient's trauma dated March 6, 2020.**

18. Eric was referred to orthopedic spine surgeon David M. Prior, M.D. of Honor Health Orthopedics.   Dr. Prior's records also confirm that Eric's disc herniation and cervical pain problems were caused by the umbrella strike/fall accident.    Dr. Prior even provides, within his operative report the following Indications for Surgery.

**INDICATIONS:**
**The patient sustained an injury when an umbrella struck him in the head and neck.   After the injury he developed severe neck and arm pain.   Advanced imaging demonstrated a disc herniation at C5-6 with severe bilateral foraminal stenosis and moderate canal stenosis.**
(6/22/2020 Operative Report, Dr. David M. Prior, M.D.)

19. The surgery, an Anterior Discectomy and Fusion at C5-6 was performed at Honor Health Scottsdale Osborn Hospital on June 22, 2020.  The C5-6 discs were removed, fused and replaced with an internal cage with screws and plates.

20. An MRI of the right shoulder on March 13, 2020 found tears in the supraspinatus tendon as well as fluid in the joint.

21. Eric also suffered a TFCC tear and his orthopedic surgeon Dr. Marc Dinowitz, M.D. attributed the need for surgery to the fall;  That surgery was performed on February 22, 2021 by Dr. Dinowitz at the Arizona Spine and Joint Hospital in Mesa, AZ.

22. Treatment for Eric's shoulder and arm problems had to be deferred as the cervical disc herniation was naturally deemed to be paramount.

23. As a result of defendant's negligence and the resulting injuries described herein, Mr. Clifford has incurred over $290,000 in medical bills to date; future medical expenses are presently unknown but will be added by amendment when ascertained.

24. It is estimated the future shoulder surgery will be $35,000-$50,000 and a life care plan for all of Mr. Clifford's future accident-related treatments will be $60,000-$80,000, bringing total medical specials to $385,000-$405,000.

25. As a result of the injuries sustained in this easily preventable accident, Mr. Clifford has suffered multiple, disabling orthopedic and spinal injuries, undergone surgery on his cervical spine, wrist and a future shoulder surgery is anticipated.

26. As a result of these injuries Mr. Clifford has endured considerable pain, suffering, disability and loss of enjoyment of life and life's activities.

27. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c)(3), the Court should assign this case to Tier 3 (Actions claiming $300,000 or more).

**WHEREFORE** Plaintiff prays for judgment against Defendants and each of them as follows:

    A.) For general damages in a just and reasonable amount;

    B.) For current medical expenses of $290,000,

    C.) For future medical expenses in an amount to be added by amendment or disclosure when ascertained but which are currently estimated at $75,000-$100,000.

    D.) For costs of suit and such other and further relief as the Court deems just.

DATED this 23rd day of February 2022.

**TUCKER & MILLER, L.L.L.P.**

By:   /s/ Daniel P.J. Miller
          DANIEL P.J. MILLER
          Attorneys for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/23/2022 2:10:07 PM
Filing ID 13971850

Person/Attorney Filing: Daniel Miller
Mailing Address: 1440 E Missouri Ave Ste C150
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602)870-5511
E-Mail Address: dmiller@tucker-miller.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009769, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Eric F CLIFFORD
Plaintiff(s),
v.

The National Assoc of Stock Car
Auto Racin, AKA NASCAR, et al.
Defendant(s).

Case No.  CV2022-002269

**SUMMONS**

To: The National Assoc of Stock Car Auto Racin, AKA NASCAR

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #6364637

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 23, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *KYOKO HIGUCHI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

2

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/23/2022 2:10:07 PM
Filing ID 13971851

Person/Attorney Filing: Daniel Miller
Mailing Address: 1440 E Missouri Ave Ste C150
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602)870-5511
E-Mail Address: dmiller@tucker-miller.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009769, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Eric F CLIFFORD
Plaintiff(s),
v.

The National Assoc of Stock Car
Auto Racin, AKA NASCAR, et al.
Defendant(s).

Case No.  CV2022-002269

**SUMMONS**

To: Phx International Raceway PIR, AKA PIR

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturbo Court.gov Form Set #4504637

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *February 23, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *KYOKO HIGUCHI*
Deputy Clerk

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #8554437

2

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/23/2022 2:10:07 PM
Filing ID 13971853

Person/Attorney Filing: Daniel Miller
Mailing Address: 1440 E Missouri Ave Ste C150
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602)870-5511
E-Mail Address: dmiller@tucker-miller.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009769, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Eric F CLIFFORD
Plaintiff(s),
v.

The National Assoc of Stock Car
Auto Racin, AKA NASCAR, et al.
Defendant(s).

Case No.  CV2022-002269

**SUMMONS**

To: Phoenix International Raceway

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #6554637

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 23, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *KYOKO HIGUCHI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

2

# EXHIBIT C



## Notice of Service of Process

null / ALL
**Transmittal Number: 24838165**
**Date Processed: 04/28/2022**

| | |
|---|---|
| Primary Contact: | Ms. Suzanne Thompson<br>NASCAR<br>International Motorsports Center<br>One Daytona Boulevard<br>Daytona Beach, FL 32114-1243 |
| Electronic copy provided to: | Random Burnett Esq. |

| | |
|---|---|
| Entity: | Nascar Enterprises, LLC<br>Entity ID Number  4002319 |
| Entity Served: | NASCAR Enterprises, LLC |
| Title of Action: | Eric Clifford vs. The National Association for Stock Car Auto Racing, LLC d/b/a "Nascar" |
| Document(s) Type: | Summons and Amended Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Maricopa County Superior Court, AZ |
| Case/Reference No: | CV2022-002269 |
| Jurisdiction Served: | Arizona |
| Date Served on CSC: | 04/25/2022 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Tucker & Miller, L.L.L.P.<br>602-870-5511 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



# Notice of Service of Process

null / ALL
**Transmittal Number: 24838208**
**Date Processed: 04/28/2022**

| | |
|---|---|
| Primary Contact: | Ms. Suzanne Thompson<br>NASCAR<br>International Motorsports Center<br>One Daytona Boulevard<br>Daytona Beach, FL 32114-1243 |
| Electronic copy provided to: | Random Burnett Esq. |
| Entity: | Phoenix Speedway, LLC<br>Entity ID Number  1988014 |
| Entity Served: | Phoenix Speedway, LLC, d/b/a Phoenix Raceway |
| Title of Action: | Eric Clifford vs. The National Association for Stock Car Auto Racing, LLC. d/b/a "Nascar", |
| Document(s) Type: | Summons and Amended Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Maricopa County Superior Court, AZ |
| Case/Reference No: | CV2022-002269 |
| Jurisdiction Served: | Arizona |
| Date Served on CSC: | 04/25/2022 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Tucker & Miller, L.L.L.P.<br>602-870-5511 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

COPY

APR 2 9 2022
CLERK OF THE SUPERIOR COURT
M. MENDEZ
DEPUTY CLERK

Inv. #

146443

**SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

**ERIC CLIFFORD**

Plaintiff / Petitioner,

vs.

**THE NATIONAL ASSOCIATION FOR STOCK CAR AUTO**
**RACING, L.L.C. dba "NASCAR"; et al.**

Defendant / Respondent.

NO.  CV2022-0022269

CERTIFICATE OF SERVICE

**OUT OF TOWN SERVICE**                      , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS, FIRST AMENDED COMPLAINT**

from          **Evan S. Goldstein c/o Goldstein, Woods & Alagha, P.C.**          on          **4/25/22**          :
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

NAME:     **THE NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, L.L.C. dba "NASCAR", c/o W.**
              **Garrett Crotty, Statutory Agent**
DATE & TIME:     4/27/22 10:59am
PLACE &          1 DAYTONA BLVD.  DAYTONA BEACH, FL 32114, which is his/her place of business.
MANNER:          By serving GARY CROTTY, a person authorized to accept such service on their behalf, in person.

**Statement of Costs**

| | | |
|---|---|---|
| Services | $75.00 | |
| Mileage | | |
| Sp. Handl. | $70.00 | |
| Witness | | |
| Advances | | |
| Cert. Prep | $25.00 | S/C |
| Other | $7.50 | |
| Total | $177.50 | |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

## AFFIDAVIT OF SERVICE

| Case:<br>CV2022-<br>0022269 | Court:<br>SUPERIOR COURT OF THE STATE OF ARIZONA IN AND<br>FOR THE COUNTY OF MARICOPA | County:<br>MARICOPA | Job:<br>7006215 (2478) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ERIC CLIFFORD , a single man | | Defendant / Respondent:<br>THE NATIONAL ASSOCATION FOR STOCK CAR AUTO RACING d/b/a<br>'NASCAR' a Florida Corporation , et el | |
| Received by:<br>All Florida Investigations & Forensic Services Inc. (AFI) | | For:<br>DL Investigations & Attorney Support, LLC | |
| To be served upon:<br>GARY CROTTY , STAT AGENT | | | |

I, John Gaspar, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   GARY CROTTY , STAT AGENT , THE NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING LLC , d/b/a
'NASCAR' , c/o W. Garret Crotty, Stat Agent : 1 Daytona Blvd, Daytona Beach, FL 32114

Manner of Service:   Authorized, Apr 27, 2022, 10:59 am EDT

Documents:   SUMMONS, FIRST AMENDED COMPLAINT (Received Apr 26, 2022 at 4:00pm EDT)

Additional Comments:
1) Successful Attempt: Apr 27, 2022, 10:59 am EDT at THE NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING LLC , d/b/a 'NASCAR' , c/o W. Garret Crotty, Stat Agent : 1 Daytona Blvd, Daytona Beach, FL 32114 received by GARY CROTTY , STAT AGENT . Age: 48; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 4'4"; Relationship: Paralegal;
Arrived at the recipients address and served the legal papers to an authorized agent Paralegal Dawn Gilmore .

4/27/22
_____
John Gaspar                Date
A 2800136 C 8700342

DL Investigations
7501 N. 16th Street #200
Phoenix, AZ 85020
602-285-9901