# EXHIBIT D

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorneys:**
Daniel Miller - Primary Attorney
Bar Number: 009769, issuing State: AZ
Law Firm: Tucker & Miller LLLP
1440 E Missouri Ave Ste C150
Phoenix, AZ 85014
Telephone Number: (602)870-5511
Email address: dmiller@tucker-miller.com

Evan S Goldstein
Bar Number: 011866, issuing State: AZ
Law Firm: GOLDSTEIN WOODS & ALAGHA
Telephone Number: (602)569-8200

**Plaintiff:**
Eric F CLIFFORD
1440 E Missouri Ave Ste C150
Phoenix, AZ 85014
Telephone Number: (480)578-8187

**Defendants:**
The National Assoc of Stock Car Auto Racin, AKA NASCAR
2338 W. Royal Palm Rd SteJ
phoenix, AZ 85021

Phx International Raceway PIR, AKA PIR

ISM RACEWAY
125 S. Avondale
Avondale, AZ 85232

Phoenix International Raceway
7602 S. Avondale
Avondale, AZ 85323

Discovery Tier t3

AZTurboCourt.gov Form Set #6564637

Civil Cover Sheet
Page 1 of 2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #5564637

# EXHIBIT E

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/23/2022 2:10:07 PM
Filing ID 13971849

Person/Attorney Filing: Daniel Miller
Mailing Address: 1440 E Missouri Ave Ste C150
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602)870-5511
E-Mail Address: dmiller@tucker-miller.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009769, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Eric F CLIFFORD<br>Plaintiff(s),<br>v.<br>The National Assoc of Stock Car<br>Auto Racin, AKA NASCAR, et al.<br>Defendant(s). | Case No.  **CV2022-002269**<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Daniel Miller /s/
      Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #6566437

# EXHIBIT F

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2022 10:14:59 AM
Filing ID 14021966

1  Evan S. Goldstein #011866
   GOLDSTEIN WOODS & ALAGHA
2  706 East Bell Road, Suite 200
   Phoenix, Arizona  85022
3  Telephone:    (602) 569-8200
4  Facsimile:    (602) 569-8201
   egoldstein@gwalawfirm.com
5

6  **TUCKER & MILLER, L.L.L.P.**
   1440 E. Missouri Avenue, Suite C150
7  Phoenix, AZ  85014
   Tel: (602) 870-5511
8  Fax: (602) 870-5255
   E-Mail: Dmiller@tucker-miller.com
9  DANIEL P.J. MILLER – I.D. #009769
   KEVIN J. TUCKER - I.D. #013437
10 *Attorneys for Plaintiff*

11            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

12            IN AND FOR THE COUNTY OF MARICOPA

13 **ERIC CLIFFORD**, a single man.             )
                                               )  NO. CV2022-002269
14       Plaintiff,                            )
                                               )
15 v.                                          )  **MOTION TO FILE FIRST AMENDED**
                                               )  **COMPLAINT AND AMEND CAPTION**
16 **The National Association of Stock Car Auto** )
17 **Racing, LLC. ("NASCAR") a  Florida**        )
   **Corporation; Phoenix International**        )
18 **Raceway ("PIR"); ISM Raceway; Phoenix**     )
   **International Raceway;**                     )
19 JOHN AND JANE DOES I-IV; ABC                 )
20 CORPORATIONS and XYZ Partnerships,          )
                                               )
21       Defendants.                           )
                                               )
22 _____)

23        Plaintiff, by and through counsel undersigned hereby moves this Court of an Order

24 allowing Plaintiff to file a First Amended Complaint and correct the caption to reflect the

25 correct Defendants.  Plaintiff is aware that since the original Complaint has not been served

26 or answered, that the Complaint can be amended under Rule 15(1), Ariz.R.Civ.P.  However,

27 the caption of the First Amended Complaint will be different than the original complaint,

28

which is to correct a clerical error and add a Defendant.  Plaintiff requests that it be allowed to amend and file its First Amended Complaint in the form attached hereto as Exhibit "1".

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 15, Ariz.R.Civ.P. favors the liberal allowance of requests to amend.  *See Cagle v. Carr*, 101 Ariz. 225, 418 P.2d 381 (Ariz. 1966).  This policy of liberal allowance holds true even when a plaintiff seeks leave to amend to plead new legal theories and to add wholly new defendants.  *Green Reservoir Flood Control Dist. v. Willmoth*, 15 Ariz.App. 406, 489 P.2d 69 (Ariz. App. 1971); *also, see Eldridge v. Block*, 832 F.2d 1132, 1135 (9th Cir. 1987)(holding that "Rule 15's policy of favoring amendments to pleadings should be applied with extreme liberality").

Here, plaintiff is requesting leave to correct clerical errors in the identification of the correct Defendant's name, and to add Defendant NASCAR ENTERPRISES, LLC, an Arizona corporation, as a Defendant

The complaint was recently filed and has not been served, and no answer has been filed. Good cause exists for the grant of leave to amend to clarify the proper Defendant name and to add Defendant NASCAR ENTERPRISES, LLC, an Arizona corporation

Accordingly, and for the foregoing reasons, Plaintiff requests this court grant this motion and allow Plaintiff to file its First Amended Complaint.

DATED this 8th day of March, 2022.

**TUCKER & MILLER, L.L.L.P.**
By:   /s/ Daniel P.J. Miller
DANIEL P.J. MILLER
Attorneys for Plaintiff

**GOLDSTEIN WOODS & ALAGHA**
By:   /s/ Evan S. Goldstein
EVAN S. GOLDSTEIN
*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORIGINAL of the foregoing e-filed
This 8th day of March, 2022,
With the Clerk of the Superior Court.

By:    /s/ Alexandra Nieminen
        ESG/PLF/Clifford

Page 3

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
D. Charbagi, Deputy
4/14/2022 8:00:00 AM
Filing ID 14175777

1   Evan S. Goldstein #011866
    GOLDSTEIN WOODS & ALAGHA
2   706 East Bell Road, Suite 200
3   Phoenix, Arizona 85022
    Telephone:     (602) 569-8200
4   Facsimile:     (602) 569-8201
    egoldstein@gwalawfirm.com
5
    **TUCKER & MILLER, L.L.L.P.**
6   1440 E. Missouri Avenue, Suite C150
    Phoenix, AZ 85014
7   Tel: (602) 870-5511
    Fax:(602) 870-5255
8   E-Mail: Dmiller@tucker-miller.com
    DANIEL P.J. MILLER – I.D. #009769
9   KEVIN J. TUCKER - I.D. #013437

10  *Attorneys for Plaintiff*

11          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

12              IN AND FOR THE COUNTY OF MARICOPA

13
    **ERIC CLIFFORD**, a single man.          )
14                                            )   NO. CV2022-002269
                                              )
15          Plaintiff,                        )
                                              )        **ORDER**
16  v.                                        )
                                              )
17  **The National Association of Stock Car Auto** )
    **Racing, LLC. ("NASCAR") a Florida**     )
18  **Corporation; Phoenix International**    )
    **Raceway ("PIR"); ISM Raceway; Phoenix** )
19  **International Raceway;**                 )
20  JOHN AND JANE DOES I-IV; ABC              )
    CORPORATIONS and XYZ Partnerships,        )
21                                            )
22          Defendants.                       )
                                              )

23
            The Court, having received Plaintiff's Motion to File First Amended Complaint and
24
    Amend Caption, having reviewed same and good cause appearing:
25
            IT IS HEREBY ORDERED granting Plaintiff's Motion to File First Amended
26
    Complaint.
27

28

1    IT IS FURTHER ORDERED allowing Plaintiff to amend the caption of the First

2   Amended Complaint to reflect the correct Defendants' names and to add Defendant

3   NASCAR ENTERPRISES, LLC, as a defendant

4

5       Dated: _____

6

7                                          _____

8                                          Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# eSignature Page 1 of 1

Filing ID: 14175777   Case Number: CV2022-002269
Original Filing ID: 14021966

**Granted as Submitted**



/S/ Katherine Cooper Date: 4/13/2022
Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2022-002269

E-FILING ID #: 14175777

SIGNATURE DATE: 4/13/2022

FILED DATE: 4/14/2022 8:00:00 AM

DANIEL P J MILLER

I S M RACEWAY
125 S AVONDALE AVONDALE AZ 85232

NATIONAL ASSOCIATION OF TOCK CAR AUTO
RACING L L C, N A S C A R
2338 W ROYAL PALM RD STE J PHOENIX AZ 85021

PHOENIX INTERNATIONAL RACEWAY
7602 S AVONDALE AVONDALE AZ 85323

# EXHIBIT G

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
JARIN K. GIESLER, SB #030857
Jarin.Giesler@lewisbrisbois.com
RANDALL D. NICE, SB #036536
Randall.Nice@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Eric Clifford, a single man,<br><br>        Plaintiff,<br><br>    vs.<br><br>The National Association for Stock Car Auto Racing, LLC. d/b/a "NASCAR," a Florida Corporation; Phoenix Speedway, LLC d/b/a Phoenix Raceway and "PIR" and formerly ISM Raceway, an Arizona corporation; NASCAR Enterprises, LLC, an Arizona Corporation; John and Jane Does I-IV; ABC Corporations and XYZ Partnerships,<br><br>        Defendants. | CASE NO.<br><br>(Maricopa County Superior Court Case No. CV2022-002269)<br><br>**ATTORNEY DECLARATION IN SUPPORT OF NOTICE OF REMOVAL** |

Pursuant to LR Civ. 3.6, Local Rules for the United States District Court of Arizona, I, Jarin K. Giesler, verify that the following facts are within my personal knowledge:

    1.    I am over the age of 18 and I am competent to testify to the matters set forth in this Verification/Declaration.

4860-1066-7554.1

2.     I am one of the attorneys of record for Defendants The National Association for Stock Car Auto Racing, LLC; Phoenix Speedway, LLC; and NASCAR Enterprises, LLC ("Defendants") in Maricopa County Superior Court No. CV2022-002269, and I make this Verification/Declaration in such capacity on the basis of my personal knowledge.

3.     I have read Defendants' Notice of Removal in its entirety and verify that the facts set forth in the Notice of Removal are true and accurate based on my personal knowledge, except for any matters that are stated upon information and belief, and as to any such matters, I believe them to be true in good faith.

4.     I have read the Affidavit of Alan Micallef, attached as **Exhibit H** to Defendants' Notice of Removal, and certify that Defendants in this matter are citizens of Delaware and Florida.

5.     Exhibits A through F to the Notice of Removal constitute true and correct copies of all pleadings and other documents that have been filed in the state court proceeding.

6.     The Complaint in this matter establishes that the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of $75,000.00. *See* **Exhibit A** to Defendants' Notice of Removal (see Discovery Tier Level 3, which requires the amount in controversy to be in excess of $300,000).

7.     Pursuant to LR Civ. 3.6, a Civil Cover Sheet and a Supplemental Civil Cover Sheet have been filed with the Notice of Removal.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 25TH day of May, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/Jarin K. Geisler
         Sean P. Healy
         Jarin K. Geisler
         Randall D. Nice
         *Attorneys for Defendants*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT H

## AFFIDAVIT OF ALAN MICALLEF

STATE OF FLORIDA    )
                    ) ss.
County of Volusia       )

1. I am over the age of 18 and I am competent to testify to the matters set forth in this Affidavit.

2. I am submitting this Affidavit in support of Defendants' Notice of Removal regarding Maricopa County Superior Court Case No.: CV2022-002269 (the "Action").

3. I am currently employed by NASCAR Enterprises, LLC as the Assistant General Counsel and have personal knowledge regarding NASCAR's corporate structure and the matters set forth herein.

4. The Action includes three (3) defendant entities: (1) National Association for Stock Car Auto Racing, LLC ("NASCAR"); (2) Phoenix Speedway, LLC ("PS"); and NASCAR Enterprises, LLC ("NE").

5. NASCAR is a limited liability company organized in the state of Florida with NE listed as its sole member.

6. The Arizona Corporation Commission's website lists ISC as a  sole member of PS; however, NE has subsequently become the sole member of the entity.

7. PS is a limited liability company organized in the state of Delaware with NE listed as its sole member.

8. ISC is a corporation incorporated in the state of Florida.  ISC's principal place of business is in the state of Florida.

9. NE is a limited liability company organized in the state of Delaware with NASCAR Holdings, LLC ("NH") listed as its sole member.

10. NH is a limited liability company organized in the state of Delaware with Guarantor Sub, LLC ("GS") listed as its sole member.

11. GS is a limited liability company organized in the state of Delaware with Sports International, LLC ("SI") listed as its sole member.

12. SI is a limited liability company organized in the state of Delaware with France Enterprises, Inc. ("FE") listed as its sole member.

[...]

13.    FE is a corporation incorporated in the state of Delaware. FE's principal place of business is in the state of Florida.

I declare under the penalty of perjury that the foregoing is true and correct.

**FURTHER AFFIANT SAYETH NAUGHT.**

DATED this 25th day of May, 2022.

_____
Alan Micallef

SUBSCRIBED AND SWORN to before me Alan Micallef this 25th day of May, 2022.

_____
Notary Public

My Commission Expires: 01-05-2023

CHRISTINE SUZANNE THOMPSON
MY COMMISSION # GG 258897
EXPIRES: January 5, 2023
Bonded Thru Notary Public Underwriters

4858-0854-3010 1

# EXHIBIT I



Select Language
Powered by Go gle **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-002269 | Judge: | Cooper, Katherine |
| File Date: | 2/23/2022 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Eric Clifford | Plaintiff | Male | Daniel Miller |
| National Association Of Stock Car Auto Racing L L C, The | Defendant | | Pro Per |
| Phoenix International Raceway P I R | Defendant | | Pro Per |
| I S M Raceway | Defendant | | Pro Per |
| Phoenix International Raceway | Defendant | | Pro Per |
| Phoenix Speedway L L C | Defendant | | Pro Per |
| Nascar Enterprises L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/3/2022 | AFS - Affidavit Of Service | 5/18/2022 | |
| NOTE: AMENDED / PHOENIX SPEEDWAY LLC | | | |
| 5/3/2022 | AFS - Affidavit Of Service | 5/18/2022 | |
| NOTE: NASCAR ENTERPRISES LLC | | | |
| 5/2/2022 | SUM - Summons | 5/5/2022 | |
| 5/2/2022 | AFS - Affidavit Of Service | 5/9/2022 | |
| NOTE: THE NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING L L C DBA NASCAR C/O W GARRETT CROTTY | | | |
| 4/29/2022 | AFS - Affidavit Of Service | 5/3/2022 | |
| NOTE: THE NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING LLC | | | |
| 4/28/2022 | SUM - Summons | 4/30/2022 | |
| 4/28/2022 | SUM - Summons | 4/30/2022 | |
| 4/28/2022 | AFS - Affidavit Of Service | 5/2/2022 | |
| NOTE: NASCAR ENTERPRISES LLC | | | |
| 4/28/2022 | AFS - Affidavit Of Service | 5/2/2022 | |
| NOTE: PHOENIX SPEEDWAY LLC | | | |
| 4/18/2022 | AMC - Amended Complaint | 4/22/2022 | |
| NOTE: First Amended Complaint | | | |
| 4/14/2022 | ORD - Order | 4/14/2022 | |
| NOTE: IT IS FURTHER ORDERED allowing Plaintiff to amend the caption of the First Amended Complaint to reflect the correct Defendants' names and to add Defendant NASCAR ENTERPRISES, LLC, as a defendant | | | |
| 4/11/2022 | 066 - ME: Case Reassigned | 4/11/2022 | |
| 3/8/2022 | MOT - Motion | 3/11/2022 | |
| NOTE: Motion to File First Amended Complaint and Amend Caption | | | |
| 2/23/2022 | COM - Complaint | 2/24/2022 | |
| NOTE: Complaint | | | |
| 2/23/2022 | CSH - Coversheet | 2/24/2022 | |
| NOTE: Civil Cover Sheet | | | |
| 2/23/2022 | CCN - Cert Arbitration - Not Subject | 2/24/2022 | |
| NOTE: Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 2/23/2022 | SUM - Summons | 2/24/2022 | |
| NOTE: Summons | | | |
| 2/23/2022 | SUM - Summons | 2/24/2022 | |
| NOTE: Summons | | | |

| 2/23/2022 | SUM - Summons | 2/24/2022 |
|---|---|---|
| **NOTE:** Summons | | |
| 2/23/2022 | SUM - Summons | 2/24/2022 |
| **NOTE:** Summons | | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**