1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SEAN P. HEALY, SB #018393
2  Sean.Healy@lewisbrisbois.com
   JARIN K. GIESLER, SB #030857
3  Jarin.Giesler@lewisbrisbois.com
   RANDALL D. NICE, SB #036536
4  Randall.Nice@lewisbrisbois.com
   Phoenix Plaza Tower II
5  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
6  Telephone: 602.385.1040
   Facsimile: 602.385.1051
7  Firm email: azdocketing@lewisbrisbois.com
   *Attorneys for Defendants*

8

9                  UNITED STATES DISTRICT COURT

10                     DISTRICT OF ARIZONA

11

12  Eric Clifford, an individual,              | NO. 2:22-cv-00902-SPL

13              Plaintiff,

14       vs.                                    | **STIPULATION FOR DISMISSAL WITH PREJUDICE**

15  The National Association for Stock Car
16  Auto Racing, LLC, a Florida limited        | *(Honorable Steven P. Logan)*
    liability company; Phoenix Speedway,
17  LLC, a Delaware limited liability
    company; NASCAR Enterprises, LLC, a
18  Delaware limited liability company; John
    and Jane Does I-IV; ABC Corporations
19  and XYZ Partnerships,

20              Defendants.

21

22

23       The parties, by and through counsel undersigned, hereby stipulate and agree to

24  dismiss this matter with prejudice as to Defendant The National Association for Stock Car

25  Auto Racing, LLC ("NASCAR") **ONLY,** each party to bear their own costs and attorneys'

26  fees.

27       DATED this 7th day of June, 2022.

28

4886-6362-9860.1

1

2   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

3

4   By:   _s/Jarin K. Giesler_

5          Sean P. Healy
           Jarin K. Geisler
           Randall D. Nice
6          *Attorneys for Defendants Phoenix*
           *Speedway, LLC and NASCAR*
7          *Enterprises, LLC*

8   **GOLDSTEIN WOODS & ALAGHA**

9

10  By   _s/Evan S. Goldstein (with Permission)_

11         Evan S. Goldstein
           *Attorneys for Plaintiff*

12

13  **TUCKER & MILLER, L.L.L.P.**

14

15  By   _s/Daniel P. Miller (with Permission)_

16         Daniel P.J. Miller
           Kevin J. Tucker
           *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that I electronically transmitted the foregoing on this 7th of June,

3   2022 to the Clerk's office using the Court's CM/ECF system for filing, which caused

4   copies to be sent electronically to the following:

5   Evan S. Goldstein, Esq.
    **Goldstein Woods & Alagha**
6   706 East Bell Road, Suite 200
    Phoenix, Arizona 85022
7   egoldstein@gwalawfirm.com
    *Attorney for Plaintiff*
8
    Daniel P.J. Miller, Esq.
9   Kevin J. Tucker, Esq.
    **Tucker & Miller, L.L.L.P.**
10  1440 E. Missouri Avenue, Suite C150
    Phoenix, AZ 85014
11  Dmiller@tucker-miller.com
    *Attorneys for Plaintiff*
12
    s/ *Laura M. Nagelkirk*
13  31630.57

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS**
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW