IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eric Clifford, | ) | No.  CV-22-00902-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| National Association for Stock Car | ) | |
| Auto Racing LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the parties' Stipulation for Dismissal (Doc. 8), in which they jointly seek dismissal of Defendant National Association for Stock Car Auto Racing LLC from this action. Upon consideration of the stipulation,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 8) is **granted**.

**IT IS FURTHER ORDERED** that Defendant National Association for Stock Car Auto Racing LLC is **dismissed from this action with prejudice**, with each party to bear its own costs and attorneys' fees.

Dated this 7th day of June, 2022.

Honorable Steven P. Logan
United States District Judge