1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SEAN P. HEALY, SB #018393

2
Sean.Healy@lewisbrisbois.com
JARIN K. GIESLER, SB #030857

3
Jarin.Giesler@lewisbrisbois.com
RANDALL D. NICE, SB #036536

4
Randall.Nice@lewisbrisbois.com
Phoenix Plaza Tower II

5
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761

6
Telephone: 602.385.1040
Facsimile: 602.385.1051

7
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants NASCAR Enterprises, LLC*

8
*and Phoenix Speedway, LLC*

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

11

12

13
Eric Clifford, an individual,

Plaintiff,

14

vs.

15

16
The National Association for Stock Car
Auto Racing, LLC, a Florida limited
liability company; Phoenix Speedway,

17
LLC, a Delaware limited liability
company;; NASCAR Enterprises, LLC, a

18
Delaware limited liability company; John
and Jane Does I-IV; ABC Corporations

19
and XYZ Partnerships,

20
Defendants.

NO. 2:22-cv-00902-SPL

**DEFENDANTS' DEMAND
FOR JURY TRIAL**

Honorable Steven P. Logan

21

22          Defendants NASCAR Enterprises, LLC and Phoenix Speedway, LLC (together the

23   "Defendants"), by and through undersigned counsel, pursuant to Rules 38 and 81(c)(3) of

24   the Federal Rules of Civil Procedure, hereby request a trial by jury for all claims and issues

25   in Plaintiff's First Amended Complaint to which they are or may be entitled to a jury trial.

26          DATED this 8th day of June, 2022.

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

2

3

By:      */s/ Jarin K. Giesler*

4

     Sean P. Healy

5

     Jarin K. Geisler
     Randall D. Nice

6

     *Attorneys for Defendants NASCAR*
     *Enterprises, LLC and Phoenix*

7

     *Speedway, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following EM/ECF registrants:

Evan S. Goldstein, Esq.
**GOLDSTEIN WOODS & ALAGHA**
706 East Bell Road, Suite 200
Phoenix, Arizona 85022
egoldstein@gwalawfirm.com

Daniel P.J. Miller, Esq.
Kevin J. Tucker, Esq.
**TUCKER & MILLER, L.L.L.P.**
1440 E. Missouri Avenue, Suite C150
Phoenix, AZ 85014
Dmiller@tucker-miller.com
*Attorneys for Plaintiff*

/s/ *Laura M. Nagelkirk*
31630-57
_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4873-4677-2259.1

3